IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

| | |
|---|---|
| **IN RE:** HEATHER SHEPHERD       } | CASE NO: 19-18743-CDP |
| } | CHAPTER 13 |
| DEBTOR(S)                                        } | |

___

### VERIFIED MOTION FOR CONTINUATION OF THE AUTOMATIC STAY UNDER 11 U.S.C. § 362(c)(3)(B)
___

1. Debtor commenced this case on October 9, 2019, by filing a Voluntary Petition for relief under Chapter 7 of title 11 of the United States Bankruptcy Code.

2. The Debtor had a previous Chapter 13 case in the US Bankruptcy Court in Utah, pending within the preceding 1-year period (Case No. 18-24406). That previous case was dismissed by the Court on September 3, 2019.

3. Pursuant to 11 U.S.C. § 362(c)(3)(A) the automatic stay terminates 30 days after the filing of the later case unless the court continues the automatic stay upon motion filed by a party in interest in the second case.

4. The debtor's refiling was due to an inability to make plan payments based on her income which constituted exigent circumstances beyond the debtor's control. Therefore, this second case was filed in a good faith effort to discharge debts of the debtor and the debtor's refiling is not in bad faith by clear and convincing evidence.

WHEREFORE, Debtor prays for an Order continuing the automatic stay under 11 U.S.C. §362 as to all creditors.

Dated this __9th__ th day of October, 2019        /s/ Kurtis Loomis_____
Kurtis Loomis, Reg. No. 16553
Attorney for Debtors/Movants
916 S. Cleveland Ave
Loveland, CO 80537
Phone: (970) 663-9138
kurtis@kloomis.com

### **VERIFICATION**

I verify that the aforementioned statements are true and accurate to the best of my knowledge and belief.

\s\ Heather Shepherd
Debtor