## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| **IN RE:** Heather Shepherd | Case No: 19-18743-CDP |
| | Chapter 13 |
| Debtor(s) | |

___

### ORDER CONTINUING AUTOMATIC STAY
### UNDER 11 U.S.C. § 362(c)(3)(B)
___

Came before the Court this day, the Debtor'(s)' *MOTION FOR CONTINUATION OF THE AUTOMATIC STAY UNDER 11 U.S.C. § 362(c)(3)(B)*

The Court, having reviewed the Motion and any timely filed response thereto, if any, finds that the Motion is meritorious,

The Motion is, therefore, hereby **GRANTED** and the automatic stay under 11 U.S.C. §362(a) is hereby continued as to all creditors until such time as the stay is terminated under section 362(c)(1) or (c)(2), or a motion for relief is granted under section 362(d).

Dated this ___ day of _____, 2019

BY THE COURT:

_____
United States Bankruptcy Judge